**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Miguel Angel PEREZ, Defendant–Appellant.**

**No. 05–50078. Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Aug. 24, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Alex A. Melendez, El Paso, TX, for Defendant–Appellant.

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

Counsel for Miguel Angel Perez has moved for leave to withdraw and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Perez has filed a response. Our review of counsel's brief, Perez's response,

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and the record discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.